**MEMO ENDORSED**



**Fox Rothschild LLP**
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
tel 212.878.7900 Fax 212.692.0940
www.foxrothschild.com

MAY 9 2008
UNITED STATES DISTRICT JUDGE

John A. Wait
Direct Dial: (212) 878-7907
Email Address: jwait@foxrothschild.com

May 9, 2008

**BY FACSIMILE**: 212-805-7927

The Honorable Naomi R. Buchwald, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2270
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/08

Re:  **Kelter v. Apex Equity Options Fund, LP et al.**
     **08-CV-02911 (NRB)**

Dear Judge Buchwald:

This firm serves as counsel to defendants M&K Holdings, LLC, Michael T. Morely, Krystin P. Morely and Willowbend Property Company, LLC. The response to the complaint for these defendants is currently due on May 12, 2008. We have conferred with counsel for the plaintiff who has agreed to extend this deadline to May 27, 2008.

In light of the agreement between counsel, we respectfully request that the Court permit these defendants to file their response to the complaint on or before May 27, 2008.

No prior adjournments or extensions have been sought in this case.

Thank you for your consideration of this matter.

Respectfully submitted,

Fox Rothschild LLP

By: _____
John A. Wait (JW 2558)
*Attorneys for Defendants*:
M&K Holdings, LLC, Michael T. Morely,
Krystin P. Morely and Willowbend Property Company, LLC.

So Ordered
[signature]
5/12/08

A Pennsylvania Limited Liability Partnership

California   Delaware   Florida   Nevada   New Jersey   New York   Pennsylvania

NY1 118242v1 05/09/08



**Of Counsel:**
Evan Schmutz
Andrew Wright
HILL JOHNSON & SCHMUTZ
RiverView Plaza, Suite 300
4844 North 300 West
Provo UT 84604-5663
Telephone: (801) 375-6600
Facsimile: (801) 375-3865

cc:   Kevin W. Goering (by electronic mail: kgoering@sheppardmullin.com)
      Bardia Bakhtari (by electronic mail: bbakhtari@sheppardmullin.com)
      *Attorney for Plaintiff:*
      Richard Kelter individually and as Trustee of the
      Richard Kelter Trust