UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
RICHARD KELTER, individually and as          :
Trustee of the RICHARD KELTER TRUST          :
DATED JUNE 30, 2004,                         :
                                             :   ECF Case 08 CV 02911
            Plaintiff,                       :
                                             :
                                             :   NOTICE OF MOTION
    -against-                                :   TO ADMIT COUNSEL
                                             :   LEE R. GOLDBERG *PRO HAC VICE*
APEX EQUITY OPTIONS FUND, LP, APEX           :
EQUITY MANAGEMENT, LLC, KYLE J.              :
THOMPSON, CORY H. THOMPSON,                  :
THOMPSON CONSULTING, INC.,                   :
SHERWOOD FINANCIAL, INC.,                    :
E. SHERMAN WARNER, M&K HOLDINGS,             :
LLC, MICHAEL T. MORLEY, KRYSTIN P.           :
MORLEY, and WILLOWBEND PROPERTY              :
COMPANY, LLC,                                :
                                             :
            Defendants.                      :
-------------------------------------------------------------- x

PLEASE TAKE NOTICE that upon the annexed affidavit of movant, Lee R. Goldberg, in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court before the Honorable Naomi R. Buchwald at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the firm of Law Offices of Lee R. Goldberg, and a member in good standing of the Bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel.

W02-EAST:7BAB1\200077474.1

Dated: New York, New York
       May 7, 2008

                        LAW OFFICES OF LEE R. GOLDBERG

               By: _____
                     Lee R. Goldberg
                     23272 Mill Creek Drive, Suite 360-W
                     Laguna Hills, CA 92653
                     (949) 305-6870 (phone)
                     (949) 305-6874 (fax)

                     *Attorneys for Plaintiff Richard Kelter*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
RICHARD KELTER, individually and as :
Trustee of the RICHARD KELTER TRUST :
DATED JUNE 30, 2004, :
: ECF Case 08 CV 02911
**Plaintiff,** :
:
: **DECLARATION**
-against- :
:
APEX EQUITY OPTIONS FUND, LP, APEX :
EQUITY MANAGEMENT, LLC, KYLE J. :
THOMPSON, CORY H. THOMPSON, :
THOMPSON CONSULTING, INC., :
SHERWOOD FINANCIAL, INC., :
E. SHERMAN WARNER, M&K HOLDINGS, :
LLC, MICHAEL T. MORLEY, KRYSTIN P. :
MORLEY, and WILLOWBEND PROPERTY :
COMPANY, LLC, :
:
**Defendants.** :
----------------------------------------------------------- x

KEVIN W. GOERING, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a member of the law firm of Sheppard, Mullin, Richter & Hampton, LLP which represents plaintiff Richard Kelter in the above-captioned action. I make this declaration in support of the motion, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts, that Lee R. Goldberg, an attorney admitted to practice law in the State of California, be admitted *pro hac vice* for limited admission to the Bar of the United States District Court for the Southern District of New York for all purposes with respect to the above referenced proceeding.

2. I believe Mr. Goldberg to be of good character and I know of no reason why this Court should not grant this motion.

WHEREFORE, it is respectfully requested that the motion seeking the *pro hac vice* admission of Mr. Goldberg to this Court be granted and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      May 12, 2008

                                                                                  _____
                                                                                  KEVIN W. GOERING

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
RICHARD KELTER, individually and as          :
Trustee of the RICHARD KELTER TRUST          :
DATED JUNE 30, 2004,                         :
                                             :   ECF Case 08 CV 02911
                **Plaintiff,**            :
                                             :
                                             :   AFFIDAVIT OF LEE R. GOLDBERG
                -against-              :   IN SUPPORT OF MOTION TO
                                             :   ADMIT COUNSEL *PRO HAC VICE*
APEX EQUITY OPTIONS FUND, LP, APEX           :
EQUITY MANAGEMENT, LLC, KYLE J.              :
THOMPSON, CORY H. THOMPSON,                  :
THOMPSON CONSULTING, INC.,                   :
SHERWOOD FINANCIAL, INC.,                    :
E. SHERMAN WARNER, M&K HOLDINGS,             :
LLC, MICHAEL T. MORLEY, KRYSTIN P.           :
MORLEY, and WILLOWBEND PROPERTY              :
COMPANY, LLC,                                :
                                             :
                **Defendants.**          :
------------------------------------------------------------ x

State of California        )
                           )   ss:
County of Orange           )

    Lee R. Goldberg, being duly sworn, hereby deposes and says as follows:

    1.    I am a member of the law firm of Law Offices of Lee R. Goldberg.

    2.    I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

    3.    As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of California.

    4.    There are no pending disciplinary proceedings against me in any State or Federal court.

    5.    Wherefore your affiant respectfully submits that he be permitted to

appear as counsel and advocate *pro hac vice* in this one case.

Dated: May 7, 2008

_____
LEE R. GOLDBERG

Sworn to before me on this
7th day of May, 2008

_____
Notary Public

CAROL L. LECHIARA
COMMISSION # 1740515
Notary Public - California
ORANGE COUNTY
My Comm. Expires May 18, 2011

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

May 9, 2008

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LEE RANDY GOLDBERG, #125706 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 1986; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
RICHARD KELTER, individually and as     :
Trustee of the RICHARD KELTER TRUST     :
DATED JUNE 30, 2004,                    :
                                        :   ECF Case 08 CV 02911
            Plaintiff,                  :
                                        :
                                        :   **AFFIDAVIT OF SERVICE**
        -against-                       :
                                        :
APEX EQUITY OPTIONS FUND, LP, APEX      :
EQUITY MANAGEMENT, LLC, KYLE J.         :
THOMPSON, CORY H. THOMPSON,             :
THOMPSON CONSULTING, INC.,              :
SHERWOOD FINANCIAL, INC.,               :
E. SHERMAN WARNER, M&K HOLDINGS,        :
LLC, MICHAEL T. MORLEY, KRYSTIN P.      :
MORLEY, and WILLOWBEND PROPERTY         :
COMPANY, LLC,                           :
                                        :
            Defendants.                 :
-------------------------------------------------------------- x

    I, Bardia Bakhtari, an attorney admitted to practice law in the Courts of the State of New York, a person over eighteen (18) years of age, and not a party to this action affirms the following under penalties of perjury. On May 12, 2008 I caused true and correct copies of NOTICE OF MOTION TO ADMIT COUNSEL LEE R. GOLDBERG *PRO HAC VICE*, AFFIDAVIT OF LEE R. GOLDBERG IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*, ADMISSION TO PRACTICE *PRO HAC VICE*, and DECLARATION to be served via first class mail upon the following:

    John V. McDermott
    Randall H. Miller
    Jonathan G. Fetterly
    Jordan Susman
    HOLME ROBERTS & OWEN LLP
    1700 Lincoln Street, Suite 4100
    Denver, CO 80203

    Attorneys for Defendants Apex Equity Options Fund, LP, Apex Equity Management, LLC, Kyle J. Thompson, Cory H. Thompson, Thompson Consulting, Inc., Sherwood Financial, Inc.

John A. Wait
FOX ROTHSCHILD LLP
100 Park Avenue
Suite 1500
New York, NY 10017

Evan Schmutz
Andrew Wright
HILL JOHNSON & SCHMUTZ
RiverView Plaza, Suite 300
4844 North 300 West
Provo, UT 84604-5663

Attorneys for M&K Holdings, LLC, Michael T. Morley, Krystin P. Morley and Willowbend Property Company, LLC

E. Sherman Warner, *pro se*
6995 Union Park Center, Suite #320
Cottonwood Heights, UT 84047


Dated:  New York, New York
        May 13, 2008

                                                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                        By:     _____
                                                Bardia Bakhtari
                                                30 Rockefeller Plaza
                                                New York, NY 10112
                                                Telephone: (212) 332-3800
                                                Facsimile: (212) 332-3888

                                                *Attorneys for Plaintiff Richard Kelter*

Sworn to before me
this 13th day of May, 2008
Mary Lee Evers

MARY LEE EVERS
NOTARY PUBLIC, State of New York
No. 31-4819855
Qualified in New York County
Commission Expires February 28, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
RICHARD KELTER, individually and as  :
Trustee of the RICHARD KELTER TRUST  :
DATED JUNE 30, 2004,                 :
                                     :   ECF Case 08 CV 02911
         Plaintiff,                  :
                                     :
                                     :
         -against-                   :   ORDER ADMITTING
                                     :   LEE R. GOLDBERG TO PRACTICE
                                     :   *PRO HAC VICE*
APEX EQUITY OPTIONS FUND, LP, APEX   :
EQUITY MANAGEMENT, LLC, KYLE J.      :
THOMPSON, CORY H. THOMPSON,          :
THOMPSON CONSULTING, INC.,           :
SHERWOOD FINANCIAL, INC.,            :
E. SHERMAN WARNER, M&K HOLDINGS,     :
LLC, MICHAEL T. MORLEY, KRYSTIN P.   :
MORLEY, and WILLOWBEND PROPERTY      :
COMPANY, LLC,                        :
                                     :
         Defendants.                 :
------------------------------------------------------------- x

The motion for admission to practice *pro hac vice* in the above captioned matter is granted. The admitted attorney, Lee R. Goldberg, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: _____

                                          United States District Judge