RICHARD KELTER, individually and as trustee of the RICHARD KELTER TRUST DATED JUNE 30, 2004

      Plaintiff

-against-

APEX EQUITY OPTIONS FUND, LP, APEX EQUITY MANAGEMENT, LLC, KYLE J. THOMPSON, CORY H. THOMPSON, THOMPSON CONSULTING, INC., SHERWOOD FINANCIAL, INC., E SHERMAN WARNER, M & K HOLDINGS, LLC MICHAEL T. MORLEY, KRYSTIN P. MORLEY, and WILLOWBEND PROPERTY COMPANY, LLC,

      Defendants

Case No.: 08 CV 02911

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __BARDIA BAKHTARI, Attorney for Plaintiff__

☒ **Attorney**

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __BB-5150__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ **Law Firm/Government Agency Association**

    From: __Kasowitz, Benson, Torres & Friedman LLP__

    To: __Sheppard, Mullin, Richter & Hampton LLP__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ **Address:** __30 Rockefeller Plaza, 24th Floor__

☐ **Telephone Number:** __(212) 332-3800__

☐ **Fax Number:** __(212) 332-3888__

☐ **E-Mail Address:** __bbakhtari@sheppardmullin.com__

Dated: __5/22/08__