UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD KELTER, individually and as Trustee of the RICHARD KELTER TRUST dated June 30, 2004, | |
| Plaintiff, | 08 Civ. 02911 (NRB) (ECF) |
| - against- | |
| APEX EQUITY OPTIONS FUND, LP, APEX EQUITY MANAGEMENT, LLC, KYLE J. THOMPSON, COREY H. THOMPSON, THOMPSON CONSULTING, INC., SHERWOOD FINANCIAL, INC., E. SHERMAN WARNER, M&K HOLDINGS, LLC, MICHAEL T. MORLEY, KRYSTIN P. MORLEY, and WILLOWBEND PROPERTY COMPANY, LLC, | **NOTICE OF APPEARANCE** |
| Defendants. | |

*To the Clerk and all parties of record:*

PLEASE TAKE NOTICE THAT this firm appears herein as counsel on behalf of defendants Apex Equity Options Fund, LP, Apex Equity Management, LLC, Kyle J. Thompson, Corey H. Thompson, Thompson Consulting, Inc., and Sherwood Financial, Inc., and hereby demands that all future notices and other papers in the above-entitled action be served on it, directed to the attention of Robert J. Anello, at the address listed below.

I certify that I am admitted to practice before this Court.

Dated:   New York, New York
         May 29, 2008

                              MORVILLO, ABRAMOWITZ, GRAND,
                               IASON, ANELLO & BOHRER, P.C.


                              By:   s/ Robert J. Anello
                                    Robert J. Anello (RA-9555)

565 Fifth Avenue
New York, New York 10017
(212) 856-9600 (Phone)
(212) 856-9494 (Fax)
Email: ranello@maglaw.com

*Attorneys for Defendants Apex Equity Options Fund, LP, Apex Equity Management, LLC, Kyle J. Thompson, Corey H. Thompson, Thompson Consulting, Inc., and Sherwood Financial, Inc.*