AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

Richard Kelter, individually and as Trustee of
the Richard Kelter Trust dated June 30, 2004,

   Plaintiff,

- against-

Apex Equity Options Fund, LP, *et al.*,

   Defendants.

**APPEARANCE**

Case Number:  08 Civ. 2911 (NRB) (ECF)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Apex Equity Options Fund, LP, Apex Equity Management, LLC, Kyle J. Thompson, Corey H. Thompson, Thompson Consulting, Inc., and Sherwood Financial, Inc.

I certify that I am admitted to practice in this court.

| 6/2/2008 | *(signature)* |
|---|---|
| Date | Signature |
| | Thomas M. Keane — TK-6320 |
| | Print Name / Bar Number |
| | 565 Fifth Avenue |
| | Address |
| | New York / NY / 10017 |
| | City / State / Zip Code |
| | (212) 856-9600 / (212) 856-9494 |
| | Phone Number / Fax Number |