UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard Kelter, individually and as Trustee of the Richard Kelter Trust dated June 30, 2004,<br><br>                   Plaintiff,<br>    v.<br><br>Apex Equity Options Fund, LP, Apex Equity Management, LLC, Kyle J. Thompson, Cory H. Thompson, Thompson Consulting, Inc., Sherwood Financial Inc., E. Sherman Warner, M&K Holdings, LLC, Michael T. Morely, Krystin P. Morely, and Willowbend Property Company, LLC.<br><br>                   Defendants. | Civil Action No: 08cv2911 (NRB)(ECF)<br><br>**APPEARANCE** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE, that the undersigned appears herein as counsel for defendants M&K Holdings, LLC, Michael T. Morely, Krystin P. Morely, and Willowbend Property Company, LLC.

I certify that I am admitted to practice in this court.

Dated: June 10, 2008

                                            Respectfully Submitted,

                                            /s/
                                          JOHN A. WAIT (JW 2558)
                                          **FOX ROTHSCHILD, LLP**
                                          100 Park Avenue, Suite 1500
                                          New York, NY 10017
                                          Tel: 212-878-7907
                                          Fax: 212-692-0940
                                          jwait@foxrothschild.com