USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD KELTER, individually and as Trustee of the RICHARD KELTER TRUST dated June 30, 2004,

    Plaintiff,

  - against-

APEX EQUITY OPTIONS FUND, LP, APEX EQUITY MANAGEMENT, LLC, KYLE J. THOMPSON, COREY H. THOMPSON, THOMPSON CONSULTING, INC., SHERWOOD FINANCIAL, INC., E. SHERMAN WARNER, M&K HOLDINGS, LLC, MICHAEL T. MORLEY, KRYSTIN P. MORLEY, and WILLOWBEND PROPERTY COMPANY, LLC,

    Defendants.

08 Civ. 02911 (NRB) (ECF)

**ORDER FOR ADMISSION OF COUNSEL PRO HAC VICE**

Upon the motion of Robert J. Anello, attorney for defendants Apex Equity Options Fund, LP, Apex Equity Management, LLC, Kyle J. Thompson, Corey H. Thompson, Thompson Consulting, Inc., and Sherwood Financial, Inc., and said sponsor attorney's affidavit in support, with the exhibits thereto,

  IT IS HEREBY ORDERED that:

  John V. McDermott
  Brownstein Hyatt Farber Schreck, LLP
  410 17th Street, Suite 2200
  Denver, CO 80202-4437
  Phone: (303) 223-1100
  Fax: (303) 223-1111
  E-mail: jmcdermott@bhfs.com

is admitted to practice *pro hac vice* as counsel for defendants Apex Equity Options Fund, LP, Apex Equity Management, LLC, Kyle J. Thompson, Corey H. Thompson, Thompson

Consulting, Inc., and Sherwood Financial, Inc., in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Counsel shall apply immediately for a password for the Court's Electronic Case Filing system and shall forward the *pro hac vice* fee to the Clerk of the Court.

IT IS SO ORDERED this 7th day of July, 2008

_____
Naomi R. Buchwald, U.S.D.J.