USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD KELTER, individually and as Trustee of the
RICHARD KELTER TRUST dated June 30, 2004,

               Plaintiff,

- against-

APEX EQUITY OPTIONS FUND, LP, APEX EQUITY
MANAGEMENT, LLC, KYLE J. THOMPSON, COREY
H. THOMPSON, THOMPSON CONSULTING, INC.,
SHERWOOD FINANCIAL, INC., E. SHERMAN
WARNER, M&K HOLDINGS, LLC, MICHAEL T.
MORLEY, KRYSTIN P. MORLEY, and WILLOWBEND
PROPERTY COMPANY, LLC,

               Defendants.

08 Civ. 02911 (NRB) (ECF)

**ORDER FOR ADMISSION
OF COUNSEL PRO HAC VICE**

      Upon the motion of Robert J. Anello, attorney for defendants Apex Equity Options Fund, LP, Apex Equity Management, LLC, Kyle J. Thompson, Corey H. Thompson, Thompson Consulting, Inc., and Sherwood Financial, Inc., and said sponsor attorney's affidavit in support, with the exhibits thereto,

      IT IS HEREBY ORDERED that:

      Christopher C. Zenisek
      Brownstein Hyatt Farber Schreck, LLP
      410 17th Street, Suite 2200
      Denver, CO 80202-4437
      Phone: (303) 223-1100
      Fax: (303) 223-1111
      E-mail: czenisek@bhfs.com

is admitted to practice *pro hac vice* as counsel for defendants Apex Equity Options Fund, LP, Apex Equity Management, LLC, Kyle J. Thompson, Corey H. Thompson, Thompson

Consulting, Inc., and Sherwood Financial, Inc., in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Counsel shall apply immediately for a password for the Court's Electronic Case Filing system and shall forward the *pro hac vice* fee to the Clerk of the Court.

IT IS SO ORDERED this 7th day of July, 2008

_____
Naomi R. Buchwald, U.S.D.J.