

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD KELTER, individually and as Trustee of the
RICHARD KELTER TRUST dated June 30, 2004,

        Plaintiff,

- against-

APEX EQUITY OPTIONS FUND, LP, APEX EQUITY
MANAGEMENT, LLC, KYLE J. THOMPSON, COREY
H. THOMPSON, THOMPSON CONSULTING, INC.,
SHERWOOD FINANCIAL, INC., E. SHERMAN
WARNER, M&K HOLDINGS, LLC, MICHAEL T.
MORLEY, KRYSTIN P. MORLEY, and WILLOWBEND
PROPERTY COMPANY, LLC,

        Defendants.

08 Civ. 02911 (NRB) (ECF)

**STIPULATION AND ORDER**

        IT IS HEREBY STIPULATED, by the undersigned counsel for the parties and subject to the Court's approval, that the time for defendants Apex Equity Options Fund, LP, Apex Equity Management, LLC, Kyle J. Thompson, Corey H. Thompson, Thompson Consulting, Inc., and Sherwood Financial, Inc. to answer, move, or otherwise respond to the complaint in this matter is extended until June 9, 2008.

Dated: New York, New York
      June 3, 2008

SHEPPARD MULLIN RICHTER &
HAMPTON LLP

By: _____
Kevin Goering (KG-5859)
Bardia Bakhtari (BB-5150)
30 Rockefeller Plaza
New York, NY 10112
(212) 332-3888

*Attorneys for plaintiff Richard Kelter,
individually and as Trustee of the
Richard Kelter Trust dated June 30, 2004*

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: _____
Robert J. Anello (RA-9555)
565 Fifth Avenue
New York, NY 10017
(212) 856-9600

*Attorneys for defendants Apex Equity Options
Fund, LP, Apex Equity Management, LLC, Kyle J.
Thompson, Corey H. Thompson, Thompson
Consulting, Inc., and Sherwood Financial, Inc.*

IT IS SO ORDERED this 10th day of July, 2008

Naomi R. Buchwald, U.S.D.J.